

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
E.D.N.Y.
\* NOVEMBER 4, 2025 \*
BROOKLYN OFFICE

25-CR-344
Judge Carol Bagley Amon

November 3, 2025

**MEMORANDUM
TO BRENNA MAHONEY
CLERK OF COURT
U.S. DISTRICT COURT**

**RE: Goolsby, Ian
DKT#: 15-CR-06095**
<u>**TRANSFER OF JURISDICTION MEMO**</u>

Reference is made to Ian Goolsby (Goolsby) who was sentenced by the Honorable Charles J. Siragusa, United States District Judge in the Western District of New York (WDNY) on December 6, 2022. Goolsby was sentenced to forty (40) months of incarceration on each of Counts 1, 3, and 4, to be served concurrently; and sixty (60) months on Count 2, consecutive to all other Counts, for a total sentence of one hundred and eight (108) months, followed by five (5) years of supervised release on Count 2, and three (3) years on Counts 1, 3, and 4, all to run concurrent, for a total term of five (5) years of supervised release. This sentence was ordered after the defendant was found guilty, at trial, to violating the following offenses: Possession of Heroin with Intent to Distribute, in violation of Title 21 U.S.C. §841(a)(l), a Class C felony; Possession of a Firearm In Furtherance of a Drug Trafficking Crime, in violation of Title 18 U.S.C. §924(c)(l)(A)(i), a Class A felony; Felon in Possession of a Firearm and Ammunition in violation of Title 18 U.S.C. §922(g)(l), a Class C felony; Possession of a Firearm with a Removed, Altered or Obliterated Serial Number, in violation of Title 18 U.S.C. §922(k), a Class D felony; and Possession of a Controlled Substance, in violation of Title 21 U.S.C. §844(a), which was ultimately pardoned by the President. Goolsby also was sentenced to a $400 special

assessment fee and a $35 fine. The following special conditions were also imposed: 1) Substance abuse testing and treatment and 2) Search condition.

On May 28, 2024, Goolsby commenced his term of supervised release in the WDNY, due to his residence therein. On March 11, 2025, the Eastern District of New York (EDNY) received a request for Goolsby to transfer Goolsby's supervision to EDNY so he might live with his brother in Brooklyn, New York. On April 18, 2025, EDNY accepted supervision of Goolsby's case. Since Goolsby has been supervised in EDNY, he has tested positive for illicit substances on several occasions. Due to this noncompliance, Goolsby's ties in EDNY and having no plans to return to WDNY, the Honorable Charles J. Siragusa signed an Order initiating a transfer of jurisdiction to the EDNY. As per 18 U.S.C. § 3605, our office is requesting transfer of jurisdiction, and we respectfully request that the case be docketed in EDNY and assigned to a U.S. District Judge.  Attached, please find a signed copy of the Probation Form 22, Transfer of Jurisdiction.

Respectfully Submitted:

Prepared by:
_____   Evan Lawrence
Evan Lawrence
U.S. Probation Officer

Approved by:
_____
Kristen A. Aliperti
Supervisory U.S. Probation Officer